FILED

APR - 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )    2:06 - CR - 0134 LKK
      v.                                 )
                                         )
SEALED,                                  )
                                         )
            Defendant.                   )
_____)

SEALING ORDER

Upon motion of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the documents in the above referenced case shall be sealed until the arrest of the defendant in this case or until further order of the Court.

DATED: April 5, 2006

_____
DALE A. DROZD
United States Magistrate Judge