DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NIENETA BLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-134 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | Judge: Lawrence K. Karlton |
| | ) | Date: May 31, 2006, 9:30 a.m. |
| NIENETA BLAND, | ) | |
| | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for a status hearing on May 31, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense investigation and preparation and to prepare for possible disposition.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 31, 2006, be continued until June 20, 2006. In addition, the parties stipulate that the time period from May 31, 2006, to June 20, 2006, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED:May 30, 2006

                    Respectfully submitted,

1

1  McGREGOR W. SCOTT                           DANIEL BRODERICK
   United States Attorney                      Federal Defender
2

3
    /s/Samantha Spangler                        /s/ Lexi Negin
4  SAMANTHA SPANGLER                            LEXI NEGIN
   Assistant U.S. Attorney                     Assistant Federal Defender
5  Attorney for United States                  Attorney for Nieneta Bland

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
NIENETA BLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )   CASE NO. CR-S-06-134 LKK
                                   )
            Plaintiff,             )
                                   )
      v.                           )
                                   )   ORDER CONTINUING STATUS
                                   )   CONFERENCE AND EXCLUDING TIME
NIENETA BLAND,                     )
                                   )
            Defendant.             )

For the reasons set forth in the stipulation of the parties, filed on May 25, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for May 31, 2006, be continued until Tuesday, June 20, 2006, at 9:30 a.m.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 25, 2006, stipulation, the time under the Speedy Trial Act is excluded from May 31, 2006, through June 20, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 26, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2