DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NIENETA BLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-134 LKK |
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | JUDGE: Lawrence K. Karlton |
| NIENETA BLAND, | ) | |
| Defendant. | ) | |

This matter came on for Status Conference on June 20, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Samantha Spangler appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Nieneta Bland, who was present and in custody.

Defense counsel requested additional time for investigation, review of discovery and to prepare a defense of the case with the government. A further status conference date of July 18, 2006, is set.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from June 20, 2006, up until and including July 18, 2006.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to July 18, 2006, at 9:30 a.m. for Status Conference.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

Order After Hearing

1  (iv) and Local Code T4, the period from June 20, 2006, up to and including July 18, 2006, is excluded
2  from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

5  Dated: June 26, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT