DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NIENETA BLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-06-134 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RE: DEFENDANT'S DETENTION STATUS |
| NIENETA BLAND, | |
| Defendant. | Court: Hon. Kimberly J. Mueller |

Stipulation

Plaintiff United States of America, through Samantha S. Spangler, Assistant U.S. Attorney, and defendant Nieneta Bland, through Lexi Negin, Assistant Federal Defender, hereby stipulate as follows:

The parties agree that the Court should modify the order of pretrial detention in order for Ms. Bland to serve the remainder of a state court sentence while awaiting the disposition of this federal case.

In order for the Court to assure (1) that Ms. Bland is taken into state custody, and (2) that she will appear before the Court after serving her state court sentence, the parties agree that a hearing should be held three calendar days after the signing of this order.

A condition of this release order should be that if released from both federal and state custody, Ms. Bland must appear at the hearing so that further detention issues may be addressed.

If Ms. Bland is in state custody as expected on the date of the hearing, the parties agree that at the hearing a warrant should be issued to serve as a detainer so that upon release from state custody Ms. Bland

1

will be brought before this Court so that further detention issues may be addressed at that time.

The parties stipulate that it is a condition of this release order that in the event Ms. Bland is released from both federal and state custody that she report immediately to the Pretrial Services Agency.

Dated: July ____, 2006                    DANIEL BRODERICK
                                          Federal Defender


                                     by   /s/ Lexi Negin
                                          Lexi Negin
                                          Assistant Federal Defender
                                          Counsel for NIENETA BLAND

Dated: July ____, 2006                    McGREGOR W. SCOTT
                                          United States Attorney


                                     by   /s/ Lexi Negin for Samantha S. Spangler
                                          Samantha S. Spangler
                                          Assistant U.S. Attorney

2

ORDER

WHEREFORE, IT IS HEREBY ORDERED:

1. That Nieneta Bland is released from federal custody upon the condition that she be released directly to state custody to complete her state court sentence in Sacramento County Superior Court Case No. 05-F-8449;

2. That a hearing on this matter is scheduled for **July 12, 2006, at 2 p.m.**;

3. That in the event of release from both federal and state custody, Nieneta Bland is ordered to appear for the hearing at the date and time set forth above; and

4. That in the event of release from both custody federal and state custody, Nieneta Bland is ordered to immediately contact the Pretrial Services Agency at (916) 930-4350 and follow all further instructions from the Pretrial Services Agency.

Dated:  July 7, 2006.

_____
UNITED STATES MAGISTRATE JUDGE