DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NIENETA BLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-134 LKK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Judge: Lawrence K. Karlton |
| NIENETA BLAND, | ) | |
| Defendant. | ) | |

_____

This case is currently scheduled for a status hearing on July 18, 2006. Ms. Bland is currently in state custody serving a state court sentence. The state court sentence is expected to be completed on September 1, 2006. The attorneys for both parties have conferred and agree that additional time is needed for defense investigation and preparation of the case.

The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for July 18, 2006, be continued until September 12, 2006. In addition, the parties stipulate that the time period from July 18, 2006, to September 12, 2006, be excluded under the Speedy Trial Act (18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 and 18 U.S.C. §3161(h)(3)(A) and Local Code M), due to the need to provide defense counsel with the reasonable time to prepare and also the unavailability of the defendant to appear in court due to her state court custody.

A proposed order is attached and lodged separately for the court's convenience.

DATED:July 14, 2006

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /Lexi Negin for S. Spangler<br>SAMANTHA SPANGLER<br>Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Nieneta Bland |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-134 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER CONTINUING STATUS |
| | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | |
| NIENETA BLAND, | ) | |
| | ) | |
| Defendant. | ) | |

_____

For the reasons set forth in the stipulation of the parties, filed on July 14, 2006, IT IS HEREBY ORDERED that the status conference currently scheduled for July 18, 2006, be continued until Tuesday, September 12, 2006, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' July 14, 2006 stipulation, the time under the Speedy Trial Act is excluded from July 18, 2006, through September 12, 2006, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 and 18 U.S.C. §3161(h)(3)(A) and Local Code M, due to the need to provide defense counsel with the reasonable time to prepare and the unavailability of the defendant.

Dated: July 14, 2006

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2