FILED
August 30, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> NIENETA A. BLAND, ) <br> ) <br> Defendant. ) | Case No. CR S-06-0134 LKK <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __NIENETA A. BLAND__ , Case No. __CR S-06-0134 LKK__ , Charge __Title 18 USC § 3146__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　__   Release on Personal Recognizance

　　__X__   Bail Posted in the Sum of $ __10,000.00    Co-Signed__

　　__X__   Unsecured Appearance Bond

　　__　__   Appearance Bond with 10% Deposit

　　__　__   Appearance Bond with Surety

　　__　__   Corporate Surety Bail Bond

　　__X__   (Other)   __Pretrial Services Supervision with Conditions__

Issued at __Sacramento, CA__ on __August 30, 2006__ at __2:45__ pm .

　　　　　　　　　　　　　　　By   _/s/ Dale A. Drozd_
　　　　　　　　　　　　　　　　　　Dale A. Drozd
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Original - U.S. Marshal