McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:06-CR-134 LKK |
| ) | |
| Plaintiff, ) | ORDER AFTER HEARING, SETTING |
| ) | TRIAL AND EXCLUDING TIME |
| v. ) | |
| ) | |
| NIENETA A. BLAND, ) | |
| ) | DATE: January 30, 2007 |
| Defendant. ) | TIME: 10:30 a.m. |
| _____) | COURT: Hon. Lawrence K. Karlton |

    This matter came before the Court on September 12, 2006 for status conference. Assistant U.S. Attorney Samantha Spangler appeared for the United States and the defendant appeared with her counsel, Assistant Federal Defender Lexi Negin. The Court scheduled the matter for trial confirming hearing on January 17, 2007, at 9:30 a.m., and for jury trial on January 30, 2007, at 10:30 a.m. The parties requested a trial date in January both to accommodate the defendant, who is expected to give birth in early November, and both counsel, who have other trials scheduled in November and December. The Court excluded time from the Speedy Trial Act calculation pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(8)(B)(iv) to give counsel reasonable preparation time, finding that the interests of
///

1 | justice served by the granting of the continuance outweigh the
2 | interests of the public and the defendant in a speedy trial.
3 |     IT IS SO ORDERED.
4 | DATED: September 14, 2006

```
                                  _____
                                  LAWRENCE K. KARLTON
                                  SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT
```