DANIEL BRODERICK, Bar #89424
Acting Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
NIENETA BLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-134 LKK |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER AFTER HEARING** |
| | ) | |
| NIENETA BLAND, | ) | JUDGE: Lawrence K. Karlton |
| Defendant. | ) | |

This matter came on for Trial Confirmation Hearing on January 17, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Assistant United States Attorney Samantha Spangler appeared on behalf of the United States of America. Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Nieneta Bland, who was present and not in custody.

Defense counsel requested that the trial date be vacated and that a briefing schedule for a Motion to Suppress be set. The following briefing schedule was set: Defendant's Motion to Suppress due on or before January 30, 2007, Government response due on or before February 20, 2007, Defendant's optional reply due on or before March 6, 2007. An evidentiary hearing on the Motion to Suppress is scheduled for March 27, 2007 at 9:30 a.m.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from January 17, 2007, up until and including January 30, 2007.

Order After Hearing

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to March 27, 2007, at 9:30 a.m. for an Evidentiary Hearing.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from January 17, 2007, up to and including January 30, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: January 18, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT