```
McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NIENETA A. BLAND, ) <br> ) <br> Defendant. ) <br> ) <br> _____) | CASE NO. 2:06-134 LKK <br><br> APPLICATION, DECLARATION AND ORDER EXTENDING THE DEADLINE FOR FILING GOVERNMENT'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS HER POST-ARREST STATEMENTS <br><br> Date:  March 27, 2007 <br> Time:  10:30 a.m. <br> Court: Hon. Lawrence K. Karlton |

<u>Application</u>

Plaintiff United States of America, by and through its undersigned counsel, respectfully applies pursuant to Local Rule 6-142 for an order extending by one week the deadline for filing its brief in opposition to the defendant's motion to suppress her post-arrest statements for the reasons stated in the attached Declaration. The government's brief was due on Tuesday, February 20, 2007.

DATED:  February 26, 2007         McGREGOR W. SCOTT
                                                          United States Attorney


                                              by     <u>/s/ Samantha S. Spangler</u>
                                                          Samantha S. Spangler
                                                          Assistant U.S. Attorney

1

Declaration

I, Samantha S. Spangler, Assistant U.S. Attorney, declare under penalty of perjury as follows.

1. Pursuant to the parties' request at the January 17, 2007, status conference, the Court entered a scheduling order vacating the trial and allowing the defendant to move to exclude her post-arrest statements. Pursuant thereto, the government's responsive brief was due on Tuesday, February 20, 2007.

2. Before the deadline, it became clear to the undersigned that she would not meet that deadline, primarily because of difficulty reaching Special Agent Delaney, the agent in charge of Ms. Bland's arrest and post-arrest interview, in connection with his preparation of a declaration. The undersigned needed that declaration to complete the brief as well. SA Delaney missed some work during the week before the deadline because of illness, and he was off work most of last week on annual leave.

3. I spoke with Lexi Negin, Ms. Bland's counsel, in advance of the deadline and informed her of the circumstances and that I may need additional time to file the brief. We discussed the fact that the elongated briefing schedule appeared to accommodate such a delay without seriously inconveniencing her or the Court. Ms. Negin graciously indicated she had no objection to the delay.

4. I therefore request a one-week extension of the deadline for filing the government's brief, to February 27, 2007.

Executed in Sacramento, California, on the 27th day of February, 2007.

/S/ Samantha S. Spangler
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

<u>Order</u>

The Court hereby grant's the government's application for an order extending by one week the deadline for filing its brief in opposition to the defendant's motion to suppress her post-arrest statements.

IT IS SO ORDERED.

DATED: February 28, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT