```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SAMANTHA S. SPANGLER
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2792
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:06-cr-134 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONVERTING MOTION HEARING TO STATUS HEARING |
| v. | ) | |
| NIENETA BLAND, | ) | DATE:  March 27, 2007 |
| | ) | TIME:  9:30 a.m. |
| Defendant. | ) | COURT: Hon. Lawrence K. Karlton |

## Stipulation

This case is currently scheduled for March 27, 2007, for an evidentiary hearing on Ms. Bland's Motion to Suppress Statements. Due to some newly provided discovery and ongoing discussions relating to a disposition of the case, the attorneys for both parties have conferred and agree that the motion hearing should be converted to a status hearing to allow defense counsel more time to investigate the newly provided discovery. Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

DATED: March 23, 2007                       McGREGOR W. SCOTT
                                            United States Attorney

                                       by   /s/ Samantha S. Spangler
                                            Samantha S. Spangler
                                            Assistant U.S. Attorney

1

So Stipulated.

DATED: March 23, 2007

          DANIEL J. BRODERICK
          Federal Defender

    by    /s/ Samantha S. Spangler for
          LEXI NEGIN
          Assistant Federal Defender
          Counsel for Nieneta Bland

## Order

Good cause appearing, the hearing scheduled for March 27, 2007 is converted from an evidentiary hearing on the defendant's Motion to Suppress Statements into a status hearing.

IT IS SO ORDERED.

DATED: March 26, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT