McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:06-cr-134 LKK |
| ) | |
| Plaintiff, ) | ORDER AFTER STATUS CONFERENCE |
| ) | |
| v. ) | |
| ) | |
| NIENETA A. BLAND, ) | DATE: April 17, 2007 |
| ) | TIME: 9:30 a.m. |
| Defendant. ) | COURT: Hon. Lawrence K. Karlton |
| _____) | |

   This case was before the Court on March 27, 2007, for a status conference.  Assistant U.S. Attorney Samantha Spangler appeared on behalf of the government.  Defendant Nieneta A. Bland was present with her counsel, Assistant Federal Defender Lexi Negin.  The attorneys for the parties reported that, because of a fingerprint report recently disclosed to defense counsel, as well as ongoing discussions relating to a possible disposition of the case, defense counsel needs more time to determine whether to proceed on the defendant's motion to suppress post-arrest statements.  At the parties' request, the matter was continued to April 17, 2007, at 9:30 a.m. for further status conference.  Time continues to be excluded from the Speedy Trial Act calculation because of the pending motion, pursuant to Local Code E and 18 U.S.C. §

3161(h)(1)(F).  Time is also excluded until April 17, 2007, to give counsel reasonable time to prepare, pursuant to Local Code T4 and 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

DATED: March 28, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT