McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2792

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,    )<br>  )<br>     v.                   )<br>  )<br>NIENETA A. BLAND,           )<br>  )<br>          Defendant.    )<br>_____) | CASE NO. 2:06-cr-134 LKK<br><br>STIPULATION AND ORDER<br>CONTINUING HEARING RE JUDGMENT<br>AND SENTENCING<br><br>DATE: September 25, 2007<br>TIME: 9:30 a.m.<br>COURT: Hon. Lawrence K. Karlton |

## Stipulation

Plaintiff United States of America and defendant Nieneta Bland, through counsel, hereby stipulate:

1. The hearing regarding judgment and sentencing may be rescheduled from June 26, 2007, to September 25, 2007 at 9:30 a.m.; and

2. Motions to correct the pre-sentence report and any other sentencing memoranda are due September 18, 2007.

The continuance is necessary to allow the parties to honor their obligations under the plea agreement.

///

///

///

1

Defense counsel has authorized the prosecutor to sign this stipulation on her behalf.

```
DATED:  June 19, 2007            McGREGOR W. SCOTT
                                 United States Attorney

                        by       /s/ Samantha S. Spangler
                                 Samantha S. Spangler
                                 Assistant U.S. Attorney

DATED:  June 19, 2007            DANIEL J. BRODERICK
                                 Federal Defender


                        by       /s/ Samantha S. Spangler for
                                 Lexi Negin
                                 Assistant Federal Defender
                                 Counsel for Ms. Bland
```

## Order

Good cause appearing, the hearing regarding judgment and sentencing shall be continued from June 26, 2007 to September 25, 2007 at 9:30 a.m.

Any motions to correct the pre-sentence report and any other sentencing memoranda shall be filed by September 18, 2007.

IT IS SO ORDERED.

DATED:  June 21, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT