**FILED**
April 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>NIENETA A. BLAND, )<br>)<br>Defendant. ) | Case No. CR. S-06-0134 LKK<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  NIENETA A. BLAND  , Case No.  CR. S-06-0134 LKK  , Charge  Title 18 USC § 3606  , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  X   Release on Personal Recognizance

  __   Bail Posted in the Sum of $_____

   __   Unsecured Appearance Bond

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond with Surety

   __   Corporate Surety Bail Bond

  X   (Other)    ordered to report Friday morning in Placer County Jail for service of jail sentence.

Issued at  Sacramento, CA  on  April 17, 2008  at  12:00 p.m.  .

By  /s/ Dale A. Drozd
Dale A. Drozd
United States Magistrate Judge